

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00142-CV

**HUBERT WARREN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 25048 CR

## MEMORANDUM  OPINION

Appellant Hubert Warren, pro se, purports to be appealing a civil action from the trial court relating to "Jurisdiction and Venue, Motion for Mistrial for Abuse of Discretion" filed under the same cause number as his disposed criminal matter. *See Warren v. State,* 98 S.W.3d 739 (Tex. App.—Waco 2003, pet. ref'd) (trial court cause no. 25048 CR).

On May 28, 2009, we notified Warren that this court may not have jurisdiction over this appeal because it appears that he is appealing an interlocutory, nonappealable

order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (Vernon 2008) (listing types of appealable interlocutory orders). We stated that the appeal would be dismissed for want of jurisdiction unless Warren filed within twenty-one days a response showing grounds for continuing the appeal and he provided the court a copy of the order or judgment being appealed. Warren has not done either.

We dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f).


REX D. DAVIS
Justice


Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Dismissed
Opinion delivered and filed July 1, 2009
[CV06]